al of the property of the estate of Margaret Van Scoy, deceased, under the acts in relation to taxable transfers of property.

PER CURIAM. Order of Surrogate's Court affirmed, with costs.

WILLIAMS, J., dissents.

---

VAN VEGHTEN, Respondent, v. HUDSON RIVER POWER TRANSMISSION CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 17, 1903.) Action by Jennie H. Van Veghten against the Hudson River Power Transmission Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

VOGEL, Appellant, v. VOGEL, Respondent. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Henry P. Vogel against Grace A. Vogel. No opinion. Judgment affirmed, with costs.

---

In re VOLKENNING. (Supreme Court, Appellate Division, First Department. March 6, 1903.) In the matter of Bertha Volkenning. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

---

WALDEN v. CITY OF JAMESTOWN. (Supreme Court, Appellate Division, Fourth Department. March 31, 1903.) Action by Emma J. Walden against the city of Jamestown. No opinion. Motion for leave to appeal to Court of Appeals granted.

---

WALLACE v. HAVANA BRIDGE CO. (Supreme Court, Appellate Division, Fourth Department. April 1, 1903.) Action by James Wallace against the Havana Bridge Company.

PER CURIAM. This cause having been twice passed when regularly reached, the appeal herein is dismissed, pursuant to general rule 39.

---

In re WALTON AVE. (In re KAY.) (Supreme Court, Appellate Division, First Department. April 24, 1903.) In the matter of Walton avenue. In the matter of Charles W. Kay. C. H. Collins, for appellant. J. P. Dunn, for respondent. No opinion. Order affirmed, with costs.

---

WARD, Respondent, v. BENEDICT, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Delia Ward, as administratrix, against Julius Benedict. L. E. Warner, for appellant. G. D. Lamb, for respondent. No opinion. Judgment and order affirmed, with costs.

---

WARNER, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Henrietta L. Warner against the Manhattan Railway Company. T. L. Waugh, for appellant. W. G. Peckham, for respondent.

PER CURIAM. Judgment affirmed, with costs.

VAN BRUNT, P. J., and McLAUGHLIN, J., dissent.

---

WASHINGTON PULP & PAPER MILLS, Appellant, v. BOSSON MFG. CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by the Washington Pulp & Paper Mills against the Bosson Manufacturing Company and Watson N. Sprague. No opinion. Judgment unanimously affirmed, with costs.

---

In re WEBER'S WILL. (Supreme Court, Appellate Division, First Department. April 9, 1903.) In the matter of the will of Joseph F. Weber, deceased. W. F. Severance, for appellant. H. A. Heyn, for respondent. No opinion. Decree affirmed, with costs.

---

WEEKS, Respondent, v. COE, Appellant. (Supreme Court, Appellate Division, Second Department. March 26, 1903.) Action by Count W. Weeks against E. Holloway Coe, as executor, etc., of E. Frank Coe, deceased.

PER CURIAM. Judgment affirmed, with costs.

WOODWARD, J., dissents.

---

WESTERN NEW YORK & P. RY. CO., Respondent, v. BRINKER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) Action by the Western New York & Pennsylvania Railway Company against John M. Brinker and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

WESTERN UNION TELEGRAPH CO., Respondent, v. ELECTRIC LIGHT & POWER CO. OF SYRACUSE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) Action by the Western Union Telegraph Company against the Electric Light & Power Company of Syracuse, impleaded, etc. No opinion. Judgment affirmed, with costs.

---

WHALEY, Respondent, v. SERIL, Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by John Whaley against Ralph Seril. No opinion. Judgment of the Municipal Court affirmed, with costs, on the opinion of LYNCH, J.

---

WHITE et al., Respondents, v. DUNLEVIE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 24, 1903.) Action by Hugh White and others against Ernest V. Dunlevie, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.